IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD W. JACKSON                                                          PLAINTIFF

VS.                          CASE NO. 05-2173

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, a foreign corporation
doing business in Arkansas; and
FURNITURE FACTORY OUTLET, INC.,
Group Policy No. 79190                                DEFENDANTS

## **ORDER**

Now on this 4th day of April 2006, there comes on for consideration, Plaintiff's Motion to Set Aside Order of 4/3/06 (Doc. 19) and Plaintiff's Response in Opposition to Motion for Leave to File Reply Brief (Doc. 20). The Court finds that Plaintiff's Motion (Doc. 19) should be and hereby is DENIED, but Plaintiff is given until **Monday, April 17, 2006** to file any reply to Defendants' sur-reply which is due on **Monday, April 10, 2006**. The parties are advised that no further responses will be permitted.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge